# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA*, et al.,*<br><br>Defendants. | Case No.  2:25-cv-3524 EFB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 4) |

The Court conducted a settlement conference in this action on June 3, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **June 3, 2026**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1